■ In the Matter of the Claim of STELLA DE TURA, Respondent, v. EASTERN MEAT MARKETS, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Appeal dismissed, without costs, unless appellant shall file and serve record on or before June 15, 1961, and shall file and serve brief and note of issue on or before July 1, 1961 and is ready for argument at the term to commence September 6, 1961, in which event the motion is denied.

■ In the Matter of the Claim of MARIE CONNOLLY, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Appeal dismissed, without costs, unless appellant shall file and serve record, brief and note of issue on or before August 7, 1961, and is ready for argument at the term to commence September 6, 1961, in which event the motion is denied. Cross motion denied.

■ In the Matter of the Adoption of ANONYMOUS.—

Bergan, P. J., Gibson, Herlihy and Taylor, JJ., concur.

## (June 6, 1961)

■ In the Matter of JOSEPH SCHREINER et al., Petitioners, v. JAMES E. ALLEN, as Commissioner of Education of the State of New York, Respondent.—

Present— Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.